```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KRISTIN S. DOOR, SBN 84307
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone:  (916) 554-2723

 5  Attorney for Plaintiff

 6

 7

 8                    IN THE UNITED STATES DISTRICT COURT

 9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )   2:08-CV-02752-WBS-KJM
                                     )
12            Plaintiff,             )   APPLICATION AND ORDER FOR
                                     )   PUBLICATION
13       v.                          )
                                     )
14  APPROXIMATELY $23,770.87 IN U.S. )
    CURRENCY SEIZED FROM BANK OF     )
15  AMERICA ACCOUNT NO. 0050 1112 8989,)
    HELD IN THE NAME OF G&R EMPIRE,  )
16  LLC,                             )
                                     )
17  APPROXIMATELY $6,741.29 IN U.S.  )
    CURRENCY SEIZED FROM BANK OF     )
18  AMERICA ACCOUNT NO. 0050 1113 0692,)
    HELD IN THE NAME OF PHOENIX CASH & )
19  CARRY, LLC,                      )
                                     )
20  APPROXIMATELY $9,774.73 IN U.S.  )
    CURRENCY SEIZED FROM BANK OF     )
21  AMERICA ACCOUNT NO. 0049 6875 8911,)
    HELD IN THE NAME OF IDEAL TOBACCO )
22  WHOLESALE, INC.,                 )
                                     )
23  APPROXIMATELY $7,054.55 IN U.S.  )
    CURRENCY SEIZED FROM WELLS FARGO )
24  BANK ACCOUNT NO. 671-0134131, HELD )
    IN THE NAME OF BITTAR FAMILY TRUST,)
25                                   )
    APPROXIMATELY $31,402.20 IN U.S. )
26  CURRENCY SEIZED FROM WELLS FARGO )
    BANK ACCOUNT NO. 091-1704013, HELD )
27  IN THE NAME OF RAED MOURI AND    )
    LOUDY EGHO,                      )
28                                   )
```

|  |  |
|---|---|
| 1 | APPROXIMATELY $29,095.02 IN U.S. ) |
|   | CURRENCY SEIZED FROM WELLS FARGO ) |
| 2 | BANK ACCOUNT NO. 071-0335696, HELD ) |
|   | IN THE NAME OF BITTAR FAMILY TRUST,) |

```
 1   APPROXIMATELY $29,095.02 IN U.S.    )
     CURRENCY SEIZED FROM WELLS FARGO    )
 2   BANK ACCOUNT NO. 071-0335696, HELD  )
     IN THE NAME OF BITTAR FAMILY TRUST, )
 3                                       )
     APPROXIMATELY 6,954 TOTAL BOXES OF  )
 4   ASSORTED SMOKEABLE OTP EVIDENCE     )
     (CONTAINING APPROXIMATELY 431,447   )
 5   UNITS OF SMOKEABLE OTP) RECOVERED   )
     FROM IDEAL TOBACCO WHOLESALE,       )
 6                                       )
     APPROXIMATELY 22 TOTAL BOXES OF     )
 7   SMOKEABLE OTP EVIDENCE (CONTAINING  )
     APPROXIMATELY 1,350 UNITS OF        )
 8   SMOKEABLE OTP) RECOVERED FROM THE   )
     ABF DELIVERY TRUCK AT IDEAL         )
 9   TOBACCO WHOLESALE, AND              )
                                         )
10   APPROXIMATELY 87,595 UNITS OF       )
     ASSORTED SMOKEABLE OTP EVIDENCE     )
11   RECOVERED FROM PHOENIX CASH &       )
     CARRY,                              )
12                                       )
                  Defendants.            )
13   _____)
```

14    The United States of America, Plaintiff herein, applies for an

15 order of publication as follows:

16    1.   Rule G(4) of the Supplemental Rules for Admiralty or

17 Maritime Claims and Asset Forfeiture Actions (hereafter

18 "Supplemental Rules") provides that the Plaintiff shall cause

19 public notice of the action and arrest to be given in a newspaper

20 of general circulation or on the official internet government

21 forfeiture site;

22    2.   Local Rule 83-171, Eastern District of California,

23 provides that the Court shall designate by order the appropriate

24 newspaper or other vehicle for publication;

25    3.   The defendants Approximately $23,770.87 in U.S. Currency

26 seized from Bank of America Account No. 0050 1112 8989, held in the

27 name of G&R Empire, LLC; Approximately $6,741.29 in U.S. Currency

28 seized from Bank of America Account No. 0050 1113 0692, held in the

1  name of Phoenix Cash & Carry, LLC; Approximately $9,774.73 in U.S.
2  Currency seized from Bank of America Account No. 0049 6875 8911,
3  held in the name of Ideal Tobacco Wholesale, Inc.; Approximately
4  $7,054.55 in U.S. Currency seized from Wells Fargo Bank Account No.
5  671-0134131, held in the name of Bittar Family Trust; Approximately
6  $31,402.20 in U.S. Currency seized from Wells Fargo Bank Account
7  No. 091-1704013, held in the name of Raed Mouri and Loudy Egho; and
8  Approximately $29,095.02 in U.S. Currency seized from Wells Fargo
9  Bank Account No. 071-0335696, held in the name of Bittar Family
10 Trust were seized in the city of Sacramento, in Sacramento County,
11 California.  The defendants Approximately 6,954 Total Boxes of
12 Assorted Smokeable OTP Evidence (Containing Approximately 431,447
13 Units of Smokeable OTP) recovered from Ideal Tobacco Wholesale, and
14 Approximately 22 Total Boxes of Smokeable OTP Evidence (Containing
15 Approximately 1,350 Units of Smokeable OTP) recovered from the ABF
16 delivery truck at Ideal Tobacco Wholesale were seized in the city
17 of Las Vegas, in Clark County, Nevada.  The defendant Approximately
18 87,595 Units of Assorted Smokeable OTP Evidence recovered from
19 Phoenix Cash & Carry was seized in the city of Phoenix, in Maricopa
20 County, Arizona.
21       4.   Plaintiff proposes that publication be made as follows:
22            a.   One publication;
23            b.   Thirty (30) consecutive days;
24            c.   On the official internet government forfeiture
25 site www.forfeiture.gov;
26            d.   The publication is to include the following:
27                 (1)  The Court and case number of the action;
28                 (2)  The date of the arrest/seizure;

3

1    (3) The identity and/or description of the property
2 arrested/seized;
3    (4) The name and address of the attorney for the
4 Plaintiff;
5    (5) A statement that claims of persons entitled to
6 possession or claiming an interest pursuant to Supplemental Rule
7 G(5) must be filed with the Court and served on the attorney for
8 the Plaintiff no later than 60 days after the first day of
9 publication on the official internet government forfeiture site;
10 and
11    (6) A statement that answers to the Complaint or a
12 motion under Rule 12 of the Federal Rules of Civil Procedure ("Fed.
13 R. Civ. P.") must be filed and served within 20 days after
14 the filing of the claims and, in the absence thereof, default may
15 be entered and condemnation ordered.

Dated: Nov. 14, 2008   McGREGOR W. SCOTT
           United States Attorney


           /s/ Kristin S. Door
           KRISTIN S. DOOR
           Assistant United States Attorney


**ORDER**

IT IS SO ORDERED.
Dated: November 19, 2008.

_____
U.S. MAGISTRATE JUDGE