1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>REAL PROPERTY LOCATED AT 12001 VICTORY BOULEVARD, NORTH HOLLYWOOD, CALIFORNIA, LOS ANGELES COUNTY, APN: 2322-007-056, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>  Defendants. | Case No.: 2:08-CV-02074 JAM-GGH<br><br>RELATED CASE ORDER |
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>REAL PROPERTY LOCATED AT 6525 SOUTH BRUCE STREET, LAS VEGAS, NEVADA, CLARK COUNTY, APN: 177-02-510-005, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>  Defendants. | Case No.: 2:08-CV-02075 JAM-GGH |
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>APPROXIMATELY $23,770.87 IN U.S. | Case No.: 2:08-CV-02752 JAM-GGH |

1

```
 1  CURRENCY SEIZED FROM BANK OF          )
    AMERICA ACCOUNT NO. 0050 1112 8989,)
 2  HELD IN THE NAME OF G&R EMPIRE,       )
    LLC,                                  )
 3                                        )
    APPROXIMATELY $6,741.29 IN U.S.       )
 4  CURRENCY SEIZED FROM BANK OF          )
    AMERICA ACCOUNT NO. 0050 1113 0692,)
 5  HELD IN THE NAME OF PHOENIX CASH      )
    & CARRY, LLC,                         )
 6                                        )
    APPROXIMATELY $9,774.73 IN U.S.       )
 7  CURRENCY SEIZED FROM BANK OF          )
    AMERICA ACCOUNT NO. 0049 6875 8911,)
 8  HELD IN THE NAME OF IDEAL TOBACCO     )
    WHOLESALE, INC.,                      )
 9                                        )
    APPROXIMATELY $7,054.55 IN U.S.       )
10  CURRENCY SEIZED FROM WELLS FARGO      )
    BANK ACCOUNT NO. 671-0134131, HELD )
11  IN THE NAME OF BITTAR FAMILY TRUST,)
                                          )
12  APPROXIMATELY $31,402.20 IN U.S.      )
    CURRENCY SEIZED FROM WELLS FARGO      )
13  BANK ACCOUNT NO. 091-1704013, HELD )
    IN THE NAME OF RAED MOURI AND         )
14  LOUDY EGHO,                           )
                                          )
15  APPROXIMATELY $29,095.02 IN U.S.      )
    CURRENCY SEIZED FROM WELLS FARGO      )
16  BANK ACCOUNT NO. 071-0335696, HELD )
    IN THE NAME OF BITTAR FAMILY TRUST,)
17                                        )
    APPROXIMATELY 6,954 TOTAL BOXES OF )
18  ASSORTED SMOKEABLE OTP EVIDENCE       )
    (CONTAINING APPROXIMATELY 431,447  )
19  UNITS OF SMOKEABLE OTP) RECOVERED     )
    FROM IDEAL TOBACCO WHOLESALE,         )
20                                        )
    APPROXIMATELY 22 TOTAL BOXES OF       )
21  SMOKEABLE OTP EVIDENCE (CONTAINING )
    APPROXIMATELY 1,350 UNITS OF          )
22  SMOKEABLE OTP) RECOVERED FROM THE     )
    ABF DELIVERY TRUCK AT IDEAL           )
23  TOBACCO WHOLESALE, AND                )
                                          )
24  APPROXIMATELY 87,595 UNITS OF         )
    ASSORTED SMOKEABLE OTP EVIDENCE       )
25  RECOVERED FROM PHOENIX CASH &         )
    CARRY,                                )
26                                        )
                 Defendants.              )
27  _____)

28
```

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Case No.: 2:08-CV-02753-JAM-GGH |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| APPROXIMATELY $23,032.07 IN U.S. CURRENCY SEIZED FROM BANK OF AMERICA ACCOUNT NO. 03842-03399, HELD IN THE NAME OF PAY-LESS WHOLESALE, | ) |
| | ) |
| APPROXIMATELY 135,455 CIGARS, (SMOKEABLE OTP) IN PACKS OF 5, 10, AND 20 RECOVERED FROM PAY-LESS WHOLESALE, | ) |
| | ) |
| APPROXIMATELY 2,297 CIGARS, (SMOKEABLE OTP) IN PACKS OF 50 RECOVERED FROM PAY-LESS WHOLESALE, | ) |
| | ) |
| APPROXIMATELY 151 CIGARS, (SMOKEABLE OTP) IN PACKS OF 240 RECOVERED FROM PAY-LESS WHOLESALE, | ) |
| | ) |
| APPROXIMATELY 326,942 INDIVIDUAL CIGARS (SMOKEABLE OTP) RECOVERED FROM PAY-LESS WHOLESALE, | ) |
| | ) |
| APPROXIMATELY 57 CASES OF SMOKEABLE OTP RECOVERED FROM PAY-LESS WHOLESALE, | ) |
| | ) |
| APPROXIMATELY 4,952 BOXES OF SMOKEABLE OTP RECOVERED FROM PAY-LESS WHOLESALE, | ) |
| | ) |
| APPROXIMATELY 11,584 BOXES OF SMOKEABLE OTP RECOVERED FROM PAY-LESS WHOLESALE, | ) |
| | ) |
| APPROXIMATELY 6,914 TUBS OF SMOKEABLE OTP RECOVERED FROM PAY-LESS WHOLESALE, | ) |
| | ) |
| APPROXIMATELY 15,141 UNITS OF SMOKEABLE OTP IN PACKS OF 5, 10, AND 20 RECOVERED FROM PAY-LESS WHOLESALE, | ) |
| | ) |
| APPROXIMATELY 136,221 BAGS/POUCHES OF SMOKEABLE OTP RECOVERED FROM PAY-LESS WHOLESALE, | ) |
| | ) |
| APPROXIMATELY 855 CASES | ) |

3

```
(CONTAINING APPROXIMATELY 10,608    )
UNITS) OF AL FAKHER TOBACCO         )
SMOKEABLE OTP EVIDENCE RECOVERED    )
FROM PAY-LESS WHOLESALE,            )
                                    )
APPROXIMATELY 272 CASES             )
(CONTAINING APPROXIMATELY 6,676     )
UNITS) OF AL WAHA MOLASSES TOBACCO  )
SMOKEABLE OTP EVIDENCE RECOVERED    )
FROM PAY-LESS WHOLESALE,            )
                                    )
APPROXIMATELY 995 CASES             )
(CONTAINING APPROXIMATELY 46,112    )
UNITS) OF EVA MODSAL TOBACCO        )
SMOKEABLE OTP EVIDENCE RECOVERED    )
FROM PAY-LESS WHOLESALE,            )
                                    )
APPROXIMATELY 420 CASES             )
(CONTAINING APPROXIMATELY 5,040     )
UNITS) OF JAWATTER TOBACCO          )
SMOKEABLE OTP EVIDENCE RECOVERED    )
FROM PAY-LESS WHOLESALE,            )
                                    )
APPROXIMATELY 1,473 CASES           )
(CONTAINING APPROXIMATELY 16,674    )
UNITS) OF LAYALINA TOBACCO          )
SMOKEABLE OTP EVIDENCE RECOVERED    )
FROM PAY-LESS WHOLESALE,            )
                                    )
APPROXIMATELY 352 UNITS OF          )
MISCELLANEOUS SMOKEABLE OTP         )
EVIDENCE RECOVERED FROM PAY-LESS    )
WHOLESALE,                          )
                                    )
APPROXIMATELY 2,124 CASES           )
(CONTAINING APPROXIMATELY 14,740    )
UNITS) OF MOLASSES TOBACCO          )
SMOKEABLE OTP EVIDENCE RECOVERED    )
FROM PAY-LESS WHOLESALE,            )
                                    )
APPROXIMATELY 640 CASES             )
(CONTAINING APPROXIMATELY 19,884    )
UNITS) OF PRIME TIME CIGARS         )
SMOKEABLE OTP EVIDENCE RECOVERED    )
FROM PAY-LESS WHOLESALE,            )
                                    )
APPROXIMATELY 113 CASES             )
(CONTAINING APPROXIMATELY 5,112     )
UNITS) OF ERIK CIGARS SMOKEABLE     )
OTP EVIDENCE RECOVERED FROM         )
PAY-LESS WHOLESALE,                 )
                                    )
APPROXIMATELY 11 CASES              )
(CONTAINING APPROXIMATELY 440       )
UNITS) OF HAV-A-TAMPA JEWLS CIGARS  )
SMOKEABLE OTP EVIDENCE RECOVERED    )
```

4

```
 1  FROM PAY-LESS WHOLESALE,             )
                                         )
 2  APPROXIMATELY 5,906 POUCHES OF       )
    MOLASSES SMOKEABLE OTP EVIDENCE      )
 3  RECOVERED FROM PAY-LESS WHOLESALE,   )
                                         )
 4  APPROXIMATELY 1,200 PACKS OF         )
    PHILLIES CIGARILLOS SMOKEABLE OTP    )
 5  EVIDENCE RECOVERED FROM PAY-LESS     )
    WHOLESALE,                           )
 6                                       )
                   Defendants.           )
 7  _____)
    UNITED STATES OF AMERICA,            ) Case No.: 2:09-CV-00111-WBS-DAD
 8                                       )
                   Plaintiffs,           )
 9                                       )
         v.                              )
10                                       )
    APPROXIMATELY $4,023.00 IN U.S.      )
11  CURRENCY,                            )
                                         )
12  APPROXIMATELY $1,280.00 IN U.S.      )
    CURRENCY,                            )
13                                       )
    APPROXIMATELY $6,628.00 IN U.S.      )
14  CURRENCY,                            )
                                         )
15  APPROXIMATELY $5,510.00 IN U.S.      )
    CURRENCY,                            )
16                                       )
    APPROXIMATELY 169 BOXES OF           )
17  SMOKELESS TOBACCO,                   )
                                         )
18                 Defendants.           )
    _____)
19
```

Examination of the above-entitled actions reveal that these actions are related within the meaning of E.D. Cal. Local Rule 83-123. Accordingly, the assignment of the matters to the same judge and magistrate judge is likely to affect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 83-123 merely has the result that these actions are assigned to the same judge and magistrate judge; no consolidation

1  of the actions is effected.  Under the regular practice of this
2  court, related cases are generally assigned to the judge and
3  magistrate judge to whom the first filed action was assigned.
4      IT IS THEREFORE ORDERED that the action denominated CIV. NO.
5  2:09-CV-00111-WBS-DAD be reassigned to Judge John A. Mendez and
6  Magistrate Judge Gregory G. Hollows for all further proceedings,
7  and any dates currently set in this reassigned case _only_ are hereby
8  VACATED.  Henceforth, the caption on documents filed in the
9  reassigned case shall be shown as CIV. NO. 2:09-CV-00111-JAM-GGH.
10     IT IS FURTHER ORDERED that the Clerk of the Court make
11 appropriate adjustment in the assignment of civil cases to
12 compensate for this reassignment.

14 IT IS SO ORDERED.
15 Dated: January 15, 2009                _____
16                                        JOHN A. MENDEZ,
                                          UNITED STATES DISTRICT JUDGE