```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  KRISTIN S. DOOR, SBN 84307
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone: (916) 554-2723

 5  Attorney for Plaintiff
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>APPROXIMATELY $23,770.87 IN U.S. CURRENCY SEIZED FROM BANK OF AMERICA ACCOUNT NO. 0050 1112 8989, HELD IN THE NAME OF G&R EMPIRE, LLC,<br><br>APPROXIMATELY $6,741.29 IN U.S. CURRENCY SEIZED FROM BANK OF AMERICA ACCOUNT NO. 0050 1113 0692, HELD IN THE NAME OF PHOENIX CASH & CARRY, LLC,<br><br>APPROXIMATELY $9,774.73 IN U.S. CURRENCY SEIZED FROM BANK OF AMERICA ACCOUNT NO. 0049 6875 8911, HELD IN THE NAME OF IDEAL TOBACCO, WHOLESALE, INC.,<br><br>APPROXIMATELY $7,054.55 IN U.S. CURRENCY SEIZED FROM WELLS FARGO BANK ACCOUNT NO. 671-0134131, HELD IN THE NAME OF BITTAR FAMILY TRUST,<br><br>APPROXIMATELY $31,402.20 IN U.S. CURRENCY SEIZED FROM WELLS FARGO BANK ACCOUNT NO. 091-1704013, HELD IN THE NAME OF RAED MOURI AND | 2:08-cv-2752 JAM-GGH<br><br>**STIPULATION FOR STAY OF FURTHER PROCEEDINGS AND ORDER THEREON**<br><br>DATE: N/A<br>TIME: N/A<br>COURTROOM: N/A |

1

| | |
|---|---|
| 1 | LOUDY EGHO, )
| | )
| 2 | APPROXIMATELY $29,095.02 IN U.S. )
| | CURRENCY SEIZED FROM WELLS FARGO )
| 3 | BANK ACCOUNT NO. 071-0335696, HELD )
| | IN THE NAME OF BITTAR FAMILY TRUST,)
| 4 | )
| | APPROXIMATELY 6,954 TOTAL BOXES OF )
| 5 | ASSORTED SMOKEABLE OTP EVIDENCE )
| | (CONTAINING APPROXIMATELY 431,447 )
| 6 | UNITS OF SMOKEABLE OTP) RECOVERED )
| | FROM IDEAL TOBACCO WHOLESALE, )
| 7 | )
| | APPROXIMATELY 22 TOTAL BOXES OF )
| 8 | SMOKEABLE OTP EVIDENCE (CONTAINING )
| | APPROXIMATELY 1,350 UNITS OF )
| 9 | SMOKEABLE OTP) RECOVERED FROM THE )
| | ABF DELIVERY TRUCK AT IDEAL )
| 10 | TOBACCO WHOLESALE, AND )
| | )
| 11 | APPROXIMATELY 87,595 UNITS OF )
| | ASSORTED SMOKEABLE OTP EVIDENCE )
| 12 | RECOVERED FROM PHOENIX CASH & )
| | CARRY, )
| 13 | )
| | Defendants. )
| 14 | )

Plaintiff United States of America, and Claimants G&R Empire LLC; Phoenix Cash & Carry LLC; Raed "Roy" Mouri and Loudy Egho; and George Bittar, as trustee of the Bittar Family Trust, and Ideal Tobacco Wholesale, Inc., (hereafter referred to collectively as "claimants"), by and through their respective counsel, hereby stipulate that a stay is necessary in the above-entitled action, and request that the Court enter an order staying all further proceedings until September 4, 2009, due to an on-going criminal investigation against Phoenix Cash & Carry LLC, G&R Empire LLC, Ideal Tobacco Wholesale, Inc., Raed Mouri, and George Bittar.

1. Each of the claimants has filed a claim to the defendant property, but have not yet filed their Answers and will not be required to do so until the stay contemplated by this stipulation

2

expires.

2. The stay is requested pursuant to 18 U.S.C. §§ 981(g)(1) and 981(g)(2). The plaintiff contends that Raed Mouri and George Bittar and others were involved in a scheme to defraud the California Board of Equalization out of excise taxes due on the sale of tobacco products. The plaintiff further contends that Mouri, Bittar, and others used the U.S. mail to execute the fraud scheme, and that the proceeds of the scheme are traceable to the seized tobacco products and to the bank accounts from which the defendant funds were seized. Plaintiff further contends that the defendant funds were involved in money laundering transactions. Raed Mouri and George Bittar deny these allegations.

3. To date no one has been charged with any criminal offense by state, local, or federal authorities, and it is the plaintiff's position that the statute of limitations has not expired on potential criminal charges relating to the fraud scheme. Nevertheless, the plaintiff intends to depose claimants Raed and Mouri regarding their claims, their ownership and/or management of Phoenix Cash & Carry LLC, G&R Empire LLC, Ideal Tobacco Wholesale, Inc., and their involvement in the sale of tobacco products into California. If discovery proceeds at this time, claimants will be placed in the difficult position of either invoking their Fifth Amendment rights against self-incrimination and losing the ability to pursue their claims to the defendant property, or waiving their Fifth Amendment rights and submitting to a deposition and potentially incriminating themselves. If they invoke their Fifth Amendment rights, the plaintiff will be deprived of the ability to

3

explore the factual basis for the claims they filed with this court.

4. In addition, claimants intend to depose, among others, the agents involved with this investigation, including but not limited to the agents with the Bureau of Alcohol, Tobacco, Firearms & Explosives and the California Board of Equalization. Allowing depositions of the law enforcement officers at this time would adversely affect the ability of the federal authorities to investigate the alleged underlying criminal conduct.

5. The parties recognize that proceeding with this action at this time has potential adverse effects on the investigation of the underlying criminal conduct and/or upon the claimants' ability to prove their claim to the property and to assert any defenses to forfeiture. For these reasons, the parties jointly request that this matter be stayed until September 4, 2009. The parties have submitted a similar stipulation in a related case [<u>United States v. Real Property at 6525 South Bruce Street, Las Vegas, NV.</u>, 2:08-cv-02075 JAM-GGH], and on November 26, 2008, this Court stayed that case until May 19, 2009.[1] By separate stipulation the parties are also seeking a stay of the Bruce Street action until September 4, 2009. At that time the parties will advise the court of the status of the criminal investigation, if any, and will advise the court whether a further stay is necessary.

---

[1] A stay has already been entered in a related case, <u>U.S. v. $4023, et al.</u>, 2:09-cv-0111 JAM-GGH, until September 4, 2009. The parties suggest that all related cases should be stayed until the same date.

4

| | | |
|---|---|---|
| Dated: May 19, 2009 | | LAWRENCE G. BROWN<br>Acting United States Attorney |
| | By | /s/ Kristin S. Door<br>KRISTIN S. DOOR<br>Assistant U.S. Attorney<br>Attorneys for Plaintiff<br>United States of America |

Dated: May 19, 2009

/s/ Jeffrey B. Setness
JEFFREY B. SETNESS
Mayall, Hurley, Knutsen,
Smith & Green
Attorneys for G&R Empire LLC,
Phoenix Cash & Carry LLC, Ideal
Tobacco Wholesale, Inc., George and
Wanda Bittar, and
Raed Mouri and Loudy Egho

**ORDER**

For the reasons set forth above, this matter is stayed pursuant to 18 U.S.C. §§ 981(g)(1) and 981(g)(2) until September 4, 2009. On or before September 4, 2009, the parties will advise the court whether a further stay is necessary.

IT IS SO ORDERED.

Dated: May 19, 2009

/s/ John A. Mendez
JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE

5